Office of the Clerk

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

P.O. Box 193939

San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

## NOTICE OF APPEARANCE OF COUNSEL or
## RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 12-56970

Case Name: Christina Adams    v.    AllianceOne, Inc. et al

The Clerk will enter my appearance as counsel on behalf of: Mary Margaret Smith and Eric B. Nelson

☒ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Appellant/Cross-Appellee

☐ Appellee ☐ Respondent ☐ Intervenor ☐ Appellee/Cross-Appellant

☒ Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

☐ Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel): Mary Margaret Smith, Pro Se, and Eric B. Nelson, Pro Se

Signature (use "s/" format): Joseph Darrell Palmer    Date: January 31, 2013

Name: Joseph Darrell Palmer

Firm/Office: Law Offices of Darrell Palmer

Address: 603 N. Highway 101, Suite A

City: Solana Beach    State: CA    Zip Code: 92075

Phone Number (including area code): 858-792-5600